JAN GLADYSZ et al., Individually and as Members of the Polish Union of America, Appellants, *v.* POLISH UNION OF AMERICA, INCORPORATED, et al., Respondents.

*Appeal — unanimous affirmance of judgment entered upon dismissal of complaint — appeal to Court of Appeals dismissed.*

*Gladysz* v. *Polish Union of America*, 192 App. Div. 941, appeal dismissed.

(Submitted June 1, 1921; decided July 14, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 29, 1920, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at an Equity Term.

*Frank M. Joslyn* for appellants.

*Edward R. O'Malley* and *Clarence C. Fowler* for Superintendent of Insurance, respondent.

*Joseph A. Wechter* and *Frank S. Burzynski* for Polish Union of America et al., respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Deceased: CHASE, J.